PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2254 (Rev. 9/10)
ADOPTED BY ALL FEDERAL COURTS IN TEXAS

IN THE UNITED STATES DISTRICT COURT

FOR THE __NuRtHeRN__ DISTRICT OF TEXAS

__Dallas__ DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 1 3 2023
CLERK, U.S. DISTRICT COURT
By_____
Deputy

PETITION FOR A WRIT OF HABEAS CORPUS BY
A PERSON IN STATE CUSTODY

PETITIONER: MR. Kevin Jones J. # 1169005
(Full name of Petitioner)

CURRENT PLACE OF CONFINEMENT: Wynn-Farm-Plantation

PRISONER ID NUMBER: # 1169005 - 04531411

vs.

RESPONDENT: MR B. Jumpkin SR. WaRDeN MR R. Bowers, MR WoNDeRs MR GaRcia MR coleman Ms WeaRd Ms MaceNo MR. SaND NoBle Both nFrican Sgt. Beth Hiwalker Cooley Simmons Ms DoNzeles all who help control this plantation
(Name of TDCJ Director, Warden, Jailor, or authorized person having custody of Petitioner)

CASE NUMBER: 3-23CV0334-S
(Supplied by the District Court Clerk)

INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten and signed and dated by the petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except in answer to questions 11 and 20. Do not cite legal authorities. Any additional arguments or facts you want to present must be in a separate memorandum. The petition, including attachments, may not exceed 20 pages.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.



5.  Only judgments entered by one court may be challenged in a single petition. A separate petition must be filed to challenge a judgment entered by a different state court.

6.  Include all of your grounds for relief and all of the facts that support each ground for relief in this petition.

7.  Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices. The proper court will be the federal court in the division and district in which you were convicted (for example, a Dallas County conviction is in the Northern District of Texas, Dallas Division) or where you are now in custody (for example, the Huntsville units are in the Southern District of Texas, Houston Division).

8.  Failure to notify the court of your change of address could result in the dismissal of your case.

## PETITION

**What are you challenging?** (Check all that apply)

- ☐ A judgment of conviction or sentence, probation or deferred-adjudication probation. (Answer Questions 1-4, 5-12 & 20-25)
- ☐ A parole revocation proceeding. (Answer Questions 1-4, 13-14 & 20-25)
- ☐ A disciplinary proceeding. (Answer Questions 1-4, 15-19 & 20-25)
- ☒ Other: __Violating my Civil Rights__ (Answer Questions 1-4, 10-11 & 20-25)

Uncleanness & Sanitization - Nasty. Living Condition. Not Following Law. No Const. Law

**All petitioners must answer questions 1-4:**
Note: In answering questions 1-4, you must give information about the conviction for the sentence you are presently serving, even if you are challenging a prison disciplinary action. (Note: If you are challenging a prison disciplinary action, do not answer questions 1-4 with information about the disciplinary case. Answer these questions about the conviction for the sentence you are presently serving.) Failure to follow this instruction may result in a delay in processing your case.

1.  Name and location of the court (district and county) that entered the judgment of conviction and sentence that you are presently serving or that is under attack: __432-Ct-Tarrant Cnty, TX. Ft Worth. TX. 76102 - Dallas District Div 75242. The 5th Cir, New Orleans, La 70130__

2.  Date of judgment of conviction: __(9/8/2017)__

3.  Length of sentence: __5 yrs Added to my original 20 yrs. Name took my Street-Time, I Deserve my Street-Time. Violation-Juice Law__

4.  Identify the docket numbers (if known) and all crimes of which you were convicted that you wish to challenge in this habeas action: __Ms Jodie Davis - 4:18-CV-1004-y. No other crimes. I Don't have a Records in files accept this bogus madness. Never had no Record in files__



**Judgment of Conviction or Sentence, Probation or Deferred-Adjudication Probation:**

5. What was your plea? (Check one)  ☐ Not Guilty  ☐ Guilty  ☐ Nolo Contendere

6. Kind of trial: (Check one)  ☐ Jury  ☐ Judge Only

7. Did you testify at trial?  ☐ Yes  ☐ No

8. Did you appeal the judgment of conviction?  ☐ Yes  ☐ No

9. If you did appeal, in what appellate court did you file your direct appeal? _____

    _____  Cause Number (if known): _____

    What was the result of your direct appeal (affirmed, modified or reversed)? _____

    What was the date of that decision? _____

    If you filed a petition for discretionary review after the decision of the court of appeals, answer the following:

    Grounds raised: _____

    _____

    Result: _____

    Date of result: _____  Cause Number (if known): _____

    If you filed a petition for a *writ of certiorari* with the United States Supreme Court, answer the following:

    Result: _____

    Date of result: _____

10. Other than a direct appeal, have you filed any petitions, applications or motions from this judgment in any court, state or federal? This includes any state applications for a writ of habeas corpus that you may have filed.  ☑ Yes  ☐ No

11. If your answer to 10 is "Yes," give the following information:

    Name of court: Dallas District. Div. 1 & the 5th Cir @ New Orleans, La 75242    70130

    Nature of proceeding: The 5 yrs Fully Discharge, But 2 yrs Added to my original sentence 9/5/2021. I should of left back @ 9/3/2021 But I'm still here on this plantation

    Cause number (if known): (6453141114)

-3-

Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-stamped date from the particular court: _____

Grounds raised: _____
_____

Date of final decision: _____

What was the decision? _____

Name of court that issued the final decision: _____

As to any <u>second</u> petition, application or motion, give the same information:

Name of court: _____

Nature of proceeding: _____

Cause number (if known): _____

Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-stamped date from the particular court: _____

Grounds raised: _____
_____

Date of final decision: _____

What was the decision? _____

Name of court that issued the final decision: _____

*If you have filed more than two petitions, applications or motions, please attach an additional sheet of paper and give the same information about each petition, application or motion.*

12. Do you have any future sentence to serve after you finish serving the sentence you are attacking in this petition?   ☐ Yes   ☐ No

    (a)    If your answer is "Yes," give the name and location of the court that imposed the sentence to be served in the future: _____
_____

    (b)    Give the date and length of the sentence to be served in the future: _____
_____

-4-

(c) Have you filed, or do you intend to file, any petition attacking the judgment for the sentence you must serve in the future?   ☐ Yes   ☐ No

**Parole Revocation:**

13.  Date and location of your parole revocation: _____

14.  Have you filed any petitions, applications or motions in any state or federal court challenging your parole revocation?   ☐ Yes   ☐ No

   If your answer is "Yes," complete Question 11 above regarding your parole revocation.

**Disciplinary Proceedings:**

15.  For your original conviction, was there a finding that you used or exhibited a deadly weapon?   ☐ Yes   ☐ No

16.  Are you eligible for release on mandatory supervision?   ☐ Yes   ☐ No

17.  Name and location of the TDCJ Unit where you were found guilty of the disciplinary violation: _____

   Disciplinary case number: _____

   What was the nature of the disciplinary charge against you? _____

18.  Date you were found guilty of the disciplinary violation: _____

   Did you lose previously earned good-time days?   ☐ Yes   ☐ No

   If your answer is "Yes," provide the exact number of previously earned good-time days that were forfeited by the disciplinary hearing officer as a result of your disciplinary hearing: _____

   Identify all other punishment imposed, including the length of any punishment, if applicable, and any changes in custody status:
   _____
   _____
   _____

19.  Did you appeal the finding of guilty through the prison or TDCJ grievance procedure?   ☐ Yes   ☐ No

   If your answer to Question 19 is "Yes," answer the following:

   Step 1 Result: _____

-5-

~~Date of Result:~~

Step 2  Result: _____

Date of Result: _____

**All petitioners must answer the remaining questions:**

20. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting them.

    CAUTION: To proceed in the federal court, you must ordinarily first exhaust your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

A.  **GROUND ONE:** Article 3-States Everyone has the Right to life, liberty, Immunities, security, Property

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Supporting facts of law. of my Violations my Civil Rights Acts of '54 '64. Its Man Made laws who hinders myself. to keep living my fully life. of all his laws Policies that I myself forces to follow. Man made Internal operational policies

B.  **GROUND TWO:** Article 4-States No one shall be held to Slavery or Servitude Unless Its legit If not Its a Violation of that Amendment

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Supporting facts of Man who Control his policies of his plantation to not following No law. As he says Its either our way or no other way at all. Were all Equal human Beings. Im not no Animal. Its all about The Supreme Beings. laws of the land. Not Man oppressive laws.

-6-

C.  **GROUND THREE:** Article 5-States- No one shall Be subjected to Torture or to Cruel, Inhuman or false Degrading Treatment or Punishment

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Supporting Facts of my Violation Civil Rights of my living Condition. Its still Nasty Back here In this plantation W/ un-Farm Every one Is Entitled to all Rights/Freedoms. Set Forth in This Declaration. But its Racial Discrimination

D.  **GROUND FOUR:** Article 30- States/ - Nothing In This Declaration may Be Interpreted as Implying For any State

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Supporting facts of Civil Law Violation of Const 7th Amendment We're all Equal To law, Not Just one Unchosen Race Man Made Violation Laws Group of Person Any Right To Engage In Any Activity or To Perform Any Act Aimed at The Destruction of any Rights/Freedoms set Forth Herein

21.  Relief sought in this petition: My Requested Relief of Firing all These Fake Bonk officials. Send them. To Jail/prison 2 million Dollar Collateral Damage. Came on Lets Settle Because I have To pay The Cts. District Division. Replace My Radio. Headphones Hotpot. (Injunction Relief) Collateral Damages. Policies Needs Changing. Am Not living With No Cage (mate) - Summary Judgement of my Relief Requested

-7-

22. Have you previously filed a federal habeas petition attacking the same conviction, revocation or disciplinary proceeding that you are attacking in this petition? ☑Yes ☐No
   If your answer is "Yes," give the date on which each petition was filed and the federal court in which it was filed. Also state whether the petition was (a) dismissed without prejudice, (b) dismissed with prejudice, or (c) denied.

   _Jan thru Dec of 2018 - thru Jan-Dec 2023 - all These yrs. Still going on I'm not Stopping_

   If you previously filed a federal petition attacking the same conviction and such petition was denied or dismissed with prejudice, did you receive permission from the Fifth Circuit to file a second petition, as required by 28 U.S.C. § 2244(b)(3) and (4)? ☐ Yes ☑ No

   _This Dallas Div. Cell Phet shot_

23. Are any of the grounds listed in question 20 above presented for the first time in this petition? ☐ Yes ☑ No

   If your answer is "Yes," state briefly what grounds are presented for the first time and give your reasons for not presenting them to any other court, either state or federal.

   _No ct ope_

24. Do you have any petition or appeal now pending (filed and not yet decided) in any court, either state or federal, for the judgment you are challenging? ☑ Yes ☐ No

   If "Yes," identify each type of proceeding that is pending (i.e., direct appeal, art. 11.07 application, or federal habeas petition), the court in which each proceeding is pending, and the date each proceeding was filed. _Ms Julie Davis 4:18-CV-1064-Y (Feb 27 2018) 3:18-cv-128-M-BN / 12.5 2022) 3:22-cv-2464-D-BN_

25. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:
   
   (a) At preliminary hearing: _Matt M Quincy deep 835 N.E. #20 Hurst, TX 76053  817-834-5870_
   
   (b) At arraignment and plea: _Mr Daniel Bgw Young  817-877-3400_
   
   (c) At trial: _Never Made it to trial_
   
   (d) At sentencing: _Mr Daniel Bogus Young 3900 Race' Ft Worth TX 76111_
   
   (e) On appeal: _No one_
   
   (f) In any post-conviction proceeding: _No one_

-8-

~~(g)   On appeal from any ruling against you in a post-conviction proceeding: ___~~
~~one- No help - oops~~

**Timeliness of Petition:**

26.  If your judgment of conviction, parole revocation or disciplinary proceeding became final over one year ago, you must explain why the one-year statute of limitations contained in 28 U.S.C. § 2244(d) does not bar your petition.[1]

Yes all my Information was over 1 yr Ago's Become Final. my 1 yr. Jectus of Limitation Contained 28 U.S.C. 2241-D. Does Not Bar my Petition my legal filings on records. Exposes all this Man Made fake laws Not following No. Supreme Being - Laws of The land. - Unseen Spirit. Divine (Judgement) human In Control. Follow Their Man Made Ideas Causes Their Clan to Be greedy. Forces EVERyone to Be Sick like them. Very Very cruel/unusual punishment. Const. 7/8/9 10/11/12/14 Amendments. Declaration - Refuse to obey Fed Rules ~~of Appellate~~ Procedures        MR K.
MR Kevin Jones II 1169005 Pet        # 6453145T4  Jones P-el

---

[1] The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), as contained in 28 U.S.C. § 2244(d), provides in part that:

   (1)   A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

      (A)   the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

      (B)   the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;

      (C)   the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

      (D)   the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

   (2)   The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Case 3:23-cv-02868-S-BK Document 2 Filed 06/16/23 Page 10 of 15 PageID 10

Wherefore, petitioner prays that the Court grant such relief to which he may be entitled.

_____
Signature of Attorney (if any)

*I'm my own pro-se filer*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on

11/30/2023 _____ (month, day, year).

Executed (signed) on  Mr K. Jones Pet  11/30/2023  (date).
#04531414

#1169005
MR. KEVIN Jones J. Pet
Signature of Petitioner (required)

Petitioner's current address: 810 FM 2821 W. highway 75, N. Huntsville, TX. 77349. Walker CTY, TX. Plantation

2W2-573-C         Order. Motion #04531414

To close this plantation Down. Its Nasty. Unsanitary Bad living condition/ another order- Shipp, all inmates at Another place that's clean. Its Nasty over here Roaches still crawling/ these inmates Not laying it down tred as like a slave in a plantation. With slave Masters over us. Forcing us to abide by their Man Made policies from Mr. B. Jumpkin Mr R. Bower his colleagues Mr Gercig Mr Wonders Ms Rodriguez the New Major I Don't know his Name Ms Mceedo Ms Ward Mr. Sund-Wagle. Simmon. Its Retaliation. Am still in this Bogus Sep. That's Been over with 40 days

Mr K. Jones
Pet/ 04531414

-10-



# Texas Department of Criminal Justice

## STEP 1 — EMERGENCY — OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2022111137 |
| Date Received: | JUN 14 2022 |
| Date Due: | 7-24-2022 |
| Grievance Code: | 506 |
| Investigator ID #: | I2718 |
| Extension Date: | |
| Date Retd to Offender: | JUN 17 2022 |

Offender Name: Kevin Jones    TDCJ #: 1169005
Unit: Wynn Farm    Housing Assignment: B-4 11Row 10-cell
Unit where incident occurred: Walker CNTy TX. Wynn Farm) The Plantation Sight

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.
Who did you talk to (name, title)? MR K. Bowers Capt Sons-werble Ms Rodriguez Capt Simmons    When? June 13, 2022
What was their response? We Control This Farm No one tells Us Nothing at all
What action was taken? No Action Taken Until Step1 Status Comes Back

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I'm writing up Ms J. Toler, here Status Is Investigation grievance Dept sending my Step 1's Back Unanswered. Doing what she wanna Do. No It Doesn't work that way. We are Still in even Still Killing These Roaches, Bugs Flies Bees (waltzs). It's still nasty Back here. I Do not come get Some one Back here To Respray These pipechases in each Cage Back here. This is Very Very Nasty. No mopping No Sweeping. No Cold water No Resptles all human Being Back here are sickly No Cold shower Following man made policy procedures guidelines that None of you follow. Including none of your Sgt, Lt. Capt majors No one follow at all. This Is 2 files Complaint that has Been Thrown Away. All higher Rank Is Aware of this sickness and Refuses To Fix This Situation No one say (Nothing) Yo'll Are In charge & yo'll have To Come up with A Solution to solve The problem I'm tires of killing Roaches Crawling on me when I sleep at Night Time (Const 78 Violation) That Needs To Be Fix As Soon As possible get This maintence Dept Again Back here to (Do Respray) This Is Insanitary. The Showers Again (Are Not Clean) at all. These SSJs Needs More mopping They Do not Sweep or Mop at all whatsoever period 1 Shift 2-Shift 3RD Shift Is all like that. half of your

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

Officials Nu(Security checks) Sleeps all the time. Cussing all Inmates out all the time. Y'all are In Control No what You Suppose to Do. Not what You wanna do, that Doesn't Work at all. Especially The People Who's In Control. (th needs all Inmates)
(To Resolve) The Situation

I Repeat Do not Send my Step 1's Back, Un-processed. Investigate my (Complaints)

(all This Needs to Be Done Regularly)

**Action Requested to resolve your Complaint.** Cold Showers Respite. cold water Security Checks. Mail Bogus Sleeping Mop more. Sweep More Respray This Nastiness Back here

**Offender Signature:** Kevin Jones # 1169005 **Date:** 6/13/2022

**Grievance Response:**

**Signature Authority:** D. Wonders **Date:** JUN 16 2022

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **2nd Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

**Appendix F**

# Texas Department of Criminal Justice

## STEP 2 OFFENDER GRIEVANCE FORM

EMERGENCY Step 2 grievance

WV
Offender Name: Kevin Jones   TDCJ# 1169005
Unit: Wynne Farm   Housing Assignment: B4 How to Page
Unit where incident occurred: Walker Cnty TX. 77349
(Plantation) Sight since 1860   B4-2-21B

**OFFICE USE ONLY**
Grievance #: 2022137590
UGI Recd Date: JUN 24 2022
HQ Recd Date: JUL 05 2022
Date Due: 8/3/22
Grievance Code: 506
Investigator ID#: I2754
Extension Date: SEP 12 2022
JAN 05 2023

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

I am dissatisfied of The Step 1 grievance Answer In which I cant see. It od written Ms J. Tolar up Behind Not Investigating my Step 1 grievance, Mr R. Bowers Never Did what he says Not even Cpt Sand-Noble) Cpt Mr D. Simmons. This place Is Still Nosty Roaches Every where crawling all on you Mr D. Wonder Y'all Ass. warden gave me The wrong Answer This Is a Violation of (Constitution 8) I have A Right To Be Free From Cruel Unsual punishment In which my Living Condition on Yall plantation Dept. Is Down Real Real Ruff. By Yall, man made policies, guidelines I'm Not getting No Respites I have 2 heat Restriction Never no Cold water. It's not Mopped Real Real good. (These Officials allows This Stink. Witness To go on) Get some one Back here To Respray this Nastiness Back Here. I was Told By Yall, higher Power Rank. and Lower If I ever Keep writing them up. I'll End up getting it. Especially Ms Sgt Gonzales. Mainly Mr R Bowers Duck you Cant See no Answer at all. thats Not Fair No Security checks Showers Not Clean No Cool Showers (No Nothing) No thats a Lie They Never Come To spray like They Suppose to. Its Still Nosty Back here Most of The Time My Step 1 Comes Back Unprocessed

I-128 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix G

(I- Need my FOP also please) Unanswered, From the grievance office of Ms A. Taylor. Dept of Yes I'm writing here up. also For making False statements on all of my steps. I Repeat She Needs a lil more Maining Because you Do Not Do that No-one. Thats Very Cruel Also Because that Person has written yo all up many Times

**Offender Signature:** Kevin Jones #1169005 -B-4-1 Row   **Date:** 6/23/2022

**Grievance Response:**

Your claims have been investigated by this office. You were appropriately advised at the step 1 level. The Wynne Unit exterminates for insects on a regular basis. During their last visit, the extermination crew was made aware of your complaint and appropriate action was taken. Inmates should practice good housekeeping and maintain a clean cell. ~~There is no evidence to prove respite and cold water was not provided.~~ No further action is warranted by this office.

**Signature Authority:** J. Back    / Back    **Date:** NOV 3 0 2022

**Returned because:**   *Resubmit this form when corrections are made.

☒ 1. Grievable time period has expired.
☒ 2. Illegible/Incomprehensible.*
☒ 3. Originals not submitted. *
☒ 4. Inappropriate/Excessive attachments.*
☒ 5. Malicious use of vulgar, indecent, or physically threatening language.
☒ 6. Inappropriate.*

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**       **CGO Initials:** _____
Date UGI Recd: _____
Date CGO Recd: _____
  (check one) ___ Screened   ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**2nd Submission**       **CGO Initials:** _____
Date UGI Recd: _____
Date CGO Recd: _____
  (check one) ___ Screened   ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**3rd Submission**       **CGO Initials:** _____
Date UGI Recd: _____
Date CGO Recd: _____
  (check one) ___ Screened   ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                                          Appendix G



RECEIVED
FEB 13 2023
MAIL ROOM

Kevin Jones #1164065
B-4 2 Raws old Change
810 FM 2821 W. Highway 75, N.
Huntsville, TX 77349. Wynn-Tean
Plantation

U.S. Dist. Ct,
Office of the Clerk
Northern Dist / TX.
1100 Commerce St Rm 1150
Dallas, TX 75242