# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

KEVIN JEROME JONES,                §
TDCJ No. 01169005                  §
                                   §
v.                                 §
                                   §
DIRECTOR, TDCJ-CID, R BOWERS, NFN  §    CIVIL ACTION NO. 3:23-CV-334-S-BK
WONDERS, NFN GARCIA, NFN           §
COLEMAN, NFN WARD, NFN SAND-       §
WOBLE, WALKER NFN, NFN COOLEY,     §
SIMMONS NFN, NFN MACIDO, NFN       §
GENGELES, NLN NFN                  §

## JUDGMENT

The Court has entered its Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge in this case. It is therefore **ORDERED, ADJUDGED** and **DECREED** that Petitioner's habeas action is **ADMINISTRATIVELY CLOSED** as barred by the February 27, 2019, sanction order in No. 4:18-CV-1004-Y and his civil rights claims are **SEVERED** from this action and **DISMISSED** as barred by the three-strike provision of 28 U.S.C. § 1915(g). The latter dismissal is **WITH PREJUDICE** to Petitioner refiling an *in forma pauperis* lawsuit raising the same claims as herein presented, but **WITHOUT PREJUDICE** to him refiling this lawsuit with full payment of filing and administrative fees of $402.00.

The Clerk of the Court is directed to close this case.

The Clerk of the Court is also directed to open and close for indexing purposes a new civil rights action for the severed claims under 42 U.S.C. § 1983 (NOS code 555 and directly assigned, per Special Order 3-250, to the same judges as this case), and list as Defendants the individuals

named in the habeas petition. The Clerk of the Court will file a copy of this order, the habeas

petition, and motion to proceed *in forma pauperis* in the new action.

**SO ORDERED**.

SIGNED June 16, 2023.

UNITED STATES DISTRICT JUDGE